IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bradley Hetrick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 4834 |
| | ) | |
| NCO Financial Systems, Inc., a | ) | Judge Norgle |
| Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Bradley Hetrick, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 13, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilips@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____          ENTERED:

                                _____
                                Judge Charles R. Norgle,
                                United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on September 13, 2010, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o James K. Schultz
Sessions, Fishman, Nathan
 & Israel, LLC
55 W. Monroe
Suite 1120
Chicago, Illinois 60603

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com